UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Xavier Alexander Hamilton
                Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

21-MJ-113

Defendant Xavier Alexander Hamilton hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

*(Mr. Hamilton authorized Benjamin Gold to affix his electronic signature during a phone call on January 7, 2021).*

*Xavier Alexander Hamilton*                      *Ben G*

Defendant's Signature                            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Xavier Alexander Hamilton                Benjamin Gold
Print Defendant's Name                            Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/7/21
Date

U.S. District Judge/U.S. Magistrate Judge